IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| NATIONAL EDUCATION ) | |
| ASSOCIATION, INC., ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Intervenor and ) | |
| Amicus Curiae, ) | |
| v. ) | CIVIL ACTION NO. 1:70cv1057-WHA |
| ) | (WO) |
| HENRY COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER AND JUDGMENT</u>**

On April 25, 2006, the Henry County Board of Education filed a Motion for Final Dismissal and for Declaration that the Henry County Board of Education Has Achieved Unitary Status in the Area of Facilities (Doc. #136). The Henry County Board of Education ("the Board") previously had been declared unitary in the areas of faculty and staff assignment and hiring; student in-class assignment; special education, including talented and gifted; discipline; extracurricular activities; transportation; and disposition of complaints. On June 21, 2006, the court held a fairness hearing on the Board's motion.

On the basis of the record evidence, witness testimony, and averments of counsel, the court finds that notice of the fairness hearing was properly given, and that the school district defendants have met the standards entitling the district to a declaration of unitary status in all

areas, including facilities.  The Board has fully and satisfactorily complied with the orders of this court.  The vestiges of the prior *de jure* segregated school system have been eliminated to the extent practicable in the area of facilities, and in all other areas.  The court also finds that the Board has demonstrated a good faith commitment to the whole of the court's decrees and to those provisions of the law and the Constitution that were the predicate for judicial intervention in this school system in the first instance, through the Board's compliance with the court's orders over the years, through its good faith implementation of its contractual obligations under the Consent Decree, and through its stated commitment to the continued operation of a school system in compliance with the Constitution in the future.

      The plaintiff parties have succeeded in the task they began decades ago to seek the end of the *de jure* system of school desegregation in the Henry County school district.  By this lawsuit, they sought to bring the district in compliance with the constitutional requirement of equal protection under the law, and the court states today that they have succeeded.. See NAACP, Jacksonville Branch v. Duval County Schools, 273 F.3d 960, 976 (11th Cir. 2001).  By its actions today, the court recognizes and congratulates the sustained efforts of all the parties in bringing this long-standing litigation to a final conclusion.  The court is confident that the Board will live up to its public commitment to continue the operation of its school system in compliance with the Constitution and as required by law, without the necessity of further supervision by this court.

      The statewide issues involving special education were resolved by a consent decree, which was adopted and approved in this case.  According to the terms of the statewide decree, any claims in the area of special education are to be raised with the State defendants.  Therefore, claims concerning a local school system do not affect a declaration of unitary status, since the

matter must be addressed with State defendants as part of the commitments made under the statewide decree.

The court concludes that control over the Henry County school system is properly returned to the Henry County Board of Education. Accordingly, it is hereby

ORDERED that the Board's Motion for Final Dismissal and for Declaration that the Henry County Board of Education Has Achieved Unitary Status in the Area of Facilities (Doc. #136) is hereby GRANTED, all outstanding orders and injunctions are hereby DISSOLVED, and court supervision of the Henry County Board of Education and the Henry County School District is ended.

DONE this 21st day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE